

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
DIANE DEVASTO

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

May 12, 2004

Ms. Julia F. Pendery
Godwin Gruber, LLP
1201 Elm Street
Suite 1700

Mr. Douglas J. McCarver
3548 NE Stallings Dr.
Nacogdoches, TX 75961

RE:    Case Number:              12-04-00084-CV
       Trial Court Case Number:  C19,776-2003

Style:  Fidelity & Guaranty Insurance Company
        v.
        Drewery Construction, Company, Inc.

Enclosed is a copy of the Memorandum Opinion issued this date in the above styled and numbered cause. Also enclosed is a copy of the court's judgment.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

CC:    Hon. Campbell Cox II
       Hon. John Ovard
       Ms. Donna Phillips